UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MAURICE DAVIS,

Plaintiff,

v.

MANDRIGAL, et al.,

Defendants.

No. 2:24-cv-1296 AC P

ORDER

Defendants have filed a motion to modify the discovery and scheduling order, seeking to extend by thirty-one days the deadline to conduct discovery and file motions to compel. ECF No. 30. Defendants argue that good cause exists for this modification because (1) in an attempt to avoid additional motions practice, defense counsel has agreed to extend plaintiff's time to respond to Madrigal's First Set of Request for Production of Documents to July 6, 2026, and to respond to plaintiff's untimely discovery requests as if they were timely, and (2) this is defendants first motion to modify the discovery and scheduling order. Id. at 3-4.

Because defendants have established good cause pursuant to Federal Rule of Civil Procedure 16(b)(4) to modify the discovery and scheduling order, the motion will be granted. See Fed. R. Civ. P. 16(b)(4) ("A schedule may be modified only for good cause and with the judge's consent."); Pioneer Investment Services Co. v. Brunswick Associates Ltd. Partnership, 507 U.S. 380 (1993) (when ruling on a request to extend a filing deadline, the court considers 1) the danger

1

of prejudice to the opposing party; 2) the length of the delay and its impact on court proceedings; 3) the reason for the delay; and, 4) the good faith of the moving party).

Accordingly, IT IS HEREBY ORDERED that defendants' motion to modify the discovery and scheduling order (ECF No. 30) is GRANTED.  The deadline to complete all non-expert discovery and file any necessary motions to compel discovery is extended from June 26, 2026, to July 27, 2026.

DATED: June 22. 2026

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2